# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTINIS HOLLAND a/k/a<br>MARITNAS HOLLAND | : CIVIL ACTION |
| v. | : NO. 12-4504 |
| STEVEN A. GLUNT, et al | : |

## ORDER

**AND NOW**, this 19th day of March, 2014, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 12), the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice on February 26, 2014, and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Rice is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

TIMOTHY J. SAVAGE, J.